FILED

06/23/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0208

ORIGINAL

FILED

JUN 2 3 2021

Bowen Greenwood
Clerk of Supreme Court
State of Montana

IN THE SUPREME COURT OF THE STATE OF MONTANA
Cause No. DA 21-0208

* * * * * * * * * *

IN RE THE MARRIAGE OF:                 )
                                       )
CHAD M. NELSON,                        )
                                       )       ORDER GRANTING
  Respondent/Appellant,                )       APPELLANT'S MOTION TO CONTINUE
                                       )       DEADLINE FOR FILING OPENING BRIEF
      -v-                              )
                                       )
ERIN E. NELSON,                        )
                                       )
  Petitioner/Appellee.                 )
                                       )

HAVING reviewed the Appellant's Motion to Continue Deadline for Filing Opening Brief, and considering that he has substituted in as his own attorney, and for good cause shown,

Appellant's motion is granted and he shall have until August 9, 2021 to file his opening brief herein.

DATED this 23rd day of June, 2021

_____
Supreme Court Justice